UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Kimberly J. Mueller        RE:  **Fernando Lopez Gonzalez**
United States District Judge                   Docket Number:  0972 2:11CR00356-5
Sacramento, California                           **RECALL OF ARREST WARRANT**

Your Honor:

On April 12, 2017, an arrest warrant was issued on Fernando Lopez Gonzalez for violations of a New Law Violation and Illegal Reentry After Deportation.  On April 18, 2017, an officer assigned to the U.S. Marshal Fugitive Task Force reported his investigation of the individual identified in the new law violation in El Dorado County, identified as Fernando Lopez Gonzales, is not the same individual as noted in the Court's issued arrest warrant involving the above reference individual.  Though the names are similar, the officer reported identifying information, specifically, the Federal Bureau of Investigation number; Immigration and Customs Enforcement Alien Number; photographs; and personal identifiers; all indicated the two individuals are positively not the same person.

Given this investigative information provided by the USM Fugitive Task Force officer, it is respectfully requested and recommended the warrant for arrest issued by the Court in this matter, docket 2:11CR00356-02, be withdrawn.

**RE: Fernando Lopez Gonzalez**
   **Docket Number: 0972 2:11CR00356-5**
   **RECALL OF ARREST WARRANT**

          Respectfully submitted,

          **GEORGE A. VIDALES**
          **Supervising United States Probation Officer**

Dated:   May 9, 2017
          Sacramento, California

---

## ORDER OF THE COURT

☒ Approved      ☐ Disapproved

May 11, 2017
**Date**                      UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:   Heiko Coppola
      Assistant United States Attorney